IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIVE FACE ON WEB, LLC, | : Civil Action |
| | : |
| Plaintiff, | : No. 2:16-CV-04862-NIQA |
| | : |
| v. | : |
| | : |
| SPORTSAVVY INC. | : |
| | : |
| Defendant. | : |

**AFFIDAVIT OF SERVICE BY INTERNATIONAL CERTIFIED MAIL, RETURN RECEIPT REQUESTED, PURSUANT TO FED. R. CIV. P. 4(f) AND ACCORDING TO THE RULES OF THE HAGUE CONVENTION ON DEFENDANT**

I, Joseph Gable, Esquire, being duly sworn, state as follows:

1) I am an associate attorney with Tinovsky Law Firm, and my firm represents plaintiff Live Face on Web, LLC, in the above-captioned action and I am familiar with the file, records, and pleadings in this matter.

2) Upon information and belief, defendant Sportsavvy Inc. ("Defendant") is a Canadian company with an address of 64 Hatt Street, Dundas Ontario, L9H 7T6 ("Defendant's Address").

3) Upon Information and belief, Defendant is not a minor, incompetent person, or member of the military.

4) On September 9, 2016, the Summons and Complaint were filed with the Court [Doc #1].

5) On September 22, 2016, I did prepare a Summons and Complaint to be served on Defendant.

6) On September 22, 2016, my office deposited with the United States Postal Service, a copy of same Summons and Complaint to be mailed by International Certified Mail, return receipt requested, to Defendant at Defendant's Address.

7) Attached hereto as <u>Exhibit A</u> is the International Return Receipt evidencing that Defendant was served, pursuant to Rule 4(f) of the Federal Rules of Civil Procedure, with the Summons and Complaint by International Mail on September 30, 2016.

8) Out of an abundance of caution, on September 22, 2016, my office also deposited with the United States Postal Service, a copy of the Summons and Complaint, along

2

with other documents and fees required under the Hague Convention, to be mailed by International Certified Mail, return receipt requested, to the Ministry of the Attorney General at the Ontario Court of Justice for service on Defendant pursuant to the Hague Convention.

9) Attached hereto as <u>Exhibit B</u> is the International Return Receipt evidencing that the Ministry of the Attorney General for Ontario ("Ministry") received the Summons, Complaint, related forms for service under the Hague Convention, and appropriate fee on October 4, 2016.

10) I have been informed, via e-mail attached hereto as <u>Exhibit C</u>, by the Ministry that Defendant was served in accordance with the Hague Convention by the Ministry on October 19, 2016, and Plaintiff is waiting for such formal proof of service from the Ministry.

11) Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: November 3, 2016          By: _____
                                     Joseph Gable, Esquire

# EXHIBIT A



# UNITED STATES POSTAL SERVICE®

## Return Receipt for International Mail
(Registered™, Insured and Express Mail®)

HAMILTON WEST LETTER CARRIER DEPOT
2016 -10- 11

Postmark of the office returning the receipt
*Timbre du bureau renvoyant l'avis*

*Administration des Postes des Etats-Unis d'Amérique*

## Par Avion

| | |
|---|---|
| Return by the quickest route (air or surface mail), a découvert and postage free. A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port. | The sender completes and indicates the address for the return of this receipt. *(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)* <br><br>Name or Firm *(Nom ou raison sociale)*: Tinovsky Law Firm <br><br>Street and Number *(Rue et no.)*: 5 Neshaminy Interplex, Ste 205 <br><br>City, State, and ZIP + 4® *(Localité et code postal)*: Trevose PA 19053 USA <br><br>UNITED STATES OF AMERICA — Etats-Unis d'Amérique |

PS Form **2865**, March 2007    *Avis de réception*    **CN07** (Old C5)

| | Item Description *(Nature de l'envoi)* | Registered Article *(Envoi recommandé)* | Letter *(Lettre)* ☐ | Printed Matter *(Imprimé)* ☐ | Other *(Autre)* ☐ | Express Mail International |
|---|---|---|---|---|---|---|
| Completed by the office of origin. *(A remplir par le bureau d'origine.)* | ☐ Insured Parcel *(Colis avec valeur déclarée)* | | Insured Value *(Valeur déclarée)* | | Article Number RE 556 911 324 US | |
| | Office of Mailing *(Bureau de dépôt)* | | | | Date of Posting *(Date de dépôt)* 9/22/16 | |
| | Addressee Name or Firm *(Nom ou raison sociale du destinataire)* Sportsavvy Inc. | | | | | |
| | Street and No. *(Rue et No.)* 64 Hatt Street | | | | | |
| | Place and Country *(Localité et pays)* Dundas, Ontario L9H 7T6 | | | | | |
| Completed at destination. *(A compléter à destination.)* | This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail. *(Cet avis doit être signé par le destinataire ou par une personne autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)* | | | | | Postmark of the office of destination *(Timbre du bureau de destination)* |
| | ☐ The article mentioned above was duly delivered. *(L'envoi mentionné ci-dessus a été dûment livré.)* | | | | Date 9/30/16 | |
| | Signature of Addressee *(Signature du destinataire)* | | | | Office of Destination Employee Signature *(Signature de l'agent du bureau du destination)* | |

PS Form **2865,** March 2007 *(Reverse)* PSN 7530-01-000-9775

# EXHIBIT B

**Return Receipt for International Mail**
*(Registered Mail™ and Insured Mail)*

UNITED STATES POSTAL SERVICE®

Administration
des Postes des
Etats-Unis
d'Amérique

**A.R.**  *Par Avion*



Postmark of the office returning the receipt
*(Timbre du bureau renvoyant l'avis)*

Sender: Please print your name, address, and ZIP + 4®.
*(Expéditeur: S'il vous plaît, fournir votre nom, adresse, et code postal.)*

Name or Firm *(Nom ou raison sociale)*
Tinovsky Law Firm

Street and Number *(Rue et no.)*
5 Neshaminy Interplex, Suite 205

City, State, and ZIP + 4 *(Localitié et code postal)*
Trevose PA 19053

UNITED STATES OF AMERICA / Etats-Unis d'Amérique

| PS Form **2865,** July 2013 | *Avis de réception* | **CN07** |

| Item Description *(Nature de l'envoi)* | ☒ Registered Article *(Envoi recommandé)* | ☐ Insured Parcel *(Colis avec valeur déclarée)* |
|---|---|---|
| Article Number *(Numéro d'article)* RE 556 911 338 US | | Insured Value *(Valeur déclarée)* |

**Completed by the office of origin** *(A remplir par le bureau d'origine.)*

**Office of Mailing** *(Bureau de dépôt)*

**Date of Posting** *(Date de dépôt)*: 9/22/16

**Name of Person or Firm Receiving the Article** *(Nom ou raison sociale du destinataire)*: Ministry of the Attorney General, Ontario Court of Justice

**Street and No.** *(Rue et no.)*: 393 Main Street, PO Box 1208

**Place and Country** *(Localité et pays)*: Haileybury, Ontario P0J 1K0

**Completed at destination.** *(A compléter à destination.)*

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

*(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)*

**Postmark of the office of destination** *(Timbre du bureau de destination)*: CANADA POST 2016-10-04 POST OFFICE / BUREAU DE POSTE HAILEYBURY

**Office of Destination Employee Signature** *(Signature de l'agent du bureau du destination)*

**Date**: 2016-10-04

**Signature of Addressee** *(Signature du destinataire)*

PS Form **2865**, July 2013 *(Reverse)* PSN 7530-01-000-9775 — UNITED STATES POSTAL SERVICE®

# EXHIBIT C

   Joseph Gable <jgable@tinovsky.com>

## Inquiry on status of Service

**JUS-G-MAG-CSD-Haileybury-HagueConvention** <HagueConvention@ontario.ca>   Wed, Oct 26, 2016 at 3:17 PM
To: Joseph Gable <jgable@tinovsky.com>

Hello

The documents were served on October 19, 2016.  Upon receipt of the proof of service, I will forward a copy by email and the original by mail.

*Nadine Auger*

Nadine Auger

Client Service Representative

Ontario Court of Justice

393 Main Street, PO Box 609

Haileybury, ON  P0J 1K0

Telephone:  1-705-672-3321, ext. 214

Fax: 1-705-672-3360

HagueConvention@ontario.ca

   Ministry of Attorney General

**This e-mail may contain PRIVILEGED and CONFIDENTIAL INFORMATION only for use of the Addressee named above. If you are not the intended recipient of this e-mail or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone to arrange for the return or destruction of this document. Thank you.**

**From:** Joseph Gable [mailto:jgable@tinovsky.com]
**Sent:** October-24-16 11:41 AM
**To:** JUS-G-MAG-CSD-Haileybury-HagueConvention
**Subject:** Inquiry on status of Service

Hello, I am writing to inquire as to the status of service of process for a complaint we forwarded to your office. The case name is Live Face on Web, LLC v. Sportsavvy Inc. It is a case in the Eastern District of Pennsylvania, No. 2:16-cv-04862-NIQA.

The defendant to be served was Sportsavvy Inc., located at 64 Hatt Street, Dundas, On L9H 7T6.

Thank you,

Joe Gable

**Joseph W. Gable, Jr., Esq.**

Tinovsky Law Firm, P.C.

Five Neshaminy Interplex

Suite 205

Trevose, PA 19053
P: 215.568.6860
F: 215.701.4987
E: jgable@tinovsky.com

**Notice:** To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.

**Notice:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.