IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIVE FACE ON WEB, LLC, | : Civil Action |
| Plaintiff, | : No. 2:16-cv-04862-NIQA |
| v. | : **JURY TRIAL DEMANDED** |
| SPORTSAVVY INC. | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to a confidential settlement agreement, the parties hereby stipulate and agree that this action, and all claims and counterclaims asserted herein, are hereby dismissed with prejudice pursuant to F.R.C.P. 41(a)(1). Each of the parties to this stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each, respectively, in connection with the claims and counterclaims dismissed herein.

This stipulation is made this 15 day of December, 2016.

Respectfully Submitted,

By: /s/ Vladislav Tinovsky
Vladislav Tinovsky, Esquire
TINOVSKY LAW FIRM
5 Neshaminy Interplex
Suite 205
Trevose, PA 19053
*Counsel for Plaintiff*

By: /FrankAMazzeo/
Frank A. Mazzeo, Esq.
RYDER, LU, MAZZEO & KONIECZNY LLC
808 Bethlehem Pike
Suite 200
Colmar, PA 18915
*Counsel for Defendant*